IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER, | 1:10-cv-01684-OWW-SMS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
| vs. | |
| KATHLEEN ALLISON, | (DOCUMENT #14) |
| Respondent. | DEADLINE: JANUARY 11, 2011 |
| _____ / | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 13, 2010, respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted up to and including January 11, 2011, in which to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

**Dated:   December 16, 2010**                     /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE