# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　Respondent.<br>_____/ | 1:10-cv-01684-OWW-SMS (HC)<br><br>ORDER DISREGARDING PETITIONER'S MOTION TO LODGE DOCUMENTS WITH THE COURT AS MOOT<br><br>[Doc. 12] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Petitioner filed the instant petition for writ of habeas corpus on September 16, 2010. On November 30, 2010, Petitioner filed a motion requesting permission to lodge certain exhibits with the Court.

　　　Because the exhibits were lodged by the Court on November 30, 2010, Petitioner's motion is HEREBY disregarded as MOOT.

IT IS SO ORDERED.

**Dated:**　February 8, 2011　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1