# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　Respondent.<br>_____/ | 1:10-cv-01684-OWW-SMS (HC)<br><br>ORDER DENYING MOTION FOR DISCOVERY WITHOUT PREJUDICE<br><br>[Doc. 21] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On January 11, 2011, Petitioner filed a motion for discovery. Petitioner requests the Court to direct Respondent to provide him with a full and complete copy of the transcript of the evidentiary hearing that took place in the Kings County Superior Court on collateral review.

　　　Petitioner states that he never received a copy of the transcripts of an evidentiary hearing that took place in the Kern County Superior Court. Petitioner references a letter he received from counsel informing Petitioner he was longer representing him. Despite this reference, Petitioner did not attach a copy of said letter. Thus, the Court cannot determine what effort has been made by Petitioner to obtain a copy of the transcript from his counsel.

　　　Moreover, in United States v. MacCollom, 426 U.S. 317 (1976), the Supreme Court upheld 28 U.S.C. § 753(f), which allowed a free copy of transcripts for a federal habeas petitioner who demonstrated the petition was not frivolous and the transcript was necessary to its

1  disposition. Id. at 326.  In addition, transcripts are only provided at government expense upon a
2  showing of a particularized need for them, which is necessary to decide issues in a non-frivolous
3  pending case.  Id. at 323-330; see also United States v. Van Poyck, 980 F.Supp. 1108, 1111 n.2
4  (C.D. Cal. 1997).
5       At this juncture, the Court cannot determine if a copy of the evidentiary hearing transcript
6  is necessary to resolve the claims in the petition.  However, if after a thorough review, the Court
7  determines the transcript is necessary, it can order a copy of the transcript to be submitted to this
8  Court.  Accordingly, Petitioner's motion for a copy of the evidentiary hearing transcript is
9  DENIED without prejudice.

11  IT IS SO ORDERED.
12  **Dated:   February 8, 2011**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

2