# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER, | 1:10-cv-01684-OWW-SMS (HC) |
|     Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT PROPER REQUEST TO FILE DOCUMENTS UNDER SEAL |
|     v. | |
| KATHLEEN ALLISON, | [Doc. 28] |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 11, 2011, Respondent filed an answer to the petition for writ of habeas corpus, along with a Notice of Lodging Documents. In the notice, Document 18 is listed as "State Prison Report FILED UNDER SEAL." If Respondent is seeking to have this document filed under seal with the Court, Respondent must submit a proper request in compliance with Local Rule 141 within ten (10) days from the date of service of this order. Otherwise, no action will be taken.

IT IS SO ORDERED.

Dated:   February 20, 2011            /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE