1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MICHAEL FOSTER,                               1:10-cv-01684-OWW-SMS (HC)

10              Petitioner,                      ORDER GRANTING RESPONDENT'S
                                                 REQUEST TO FILE DOCUMENTS UNDER
11       v.                                      SEAL

12  KATHLEEN ALLISON,                            [Doc. 30]

13              Respondent.

14  _____/

15
16       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

         Pending before the Court is Respondent's request to file documents under seal pursuant
18       to
19  Local Rule 141.  GOOD CAUSE having been demonstrated, Respondent's request to file

20  document number 18 under seal is GRANTED, and the Clerk of Court is directed to file

21  document number 18 under SEAL.

22

23  IT IS SO ORDERED.

24  **Dated:   March 3, 2011**                _____/s/ Sandra M. Snyder_____
25                                            UNITED STATES MAGISTRATE JUDGE

26
27
28

1