# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>      Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON,<br><br>      Respondent. | 1:10-cv-01684-OWW-SMS (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITIONER'S MOTIONS FOR COPY OF TRANSCRIPT OF STATE COURT EVIDENTIARY HEARING CONDUCTED IN THE KINGS COUNTY SUPERIOR COURT<br><br>[Docs. 35, 37, 39, 42] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Respondent filed an answer to the petition on February 11, 2011. Petitioner has repeatedly filed requests for Respondent to provide a copy of the evidentiary hearing conducted in the Kings County Superior Court beginning on March 3, 2009 and concluding on March 20, 2009. The Court hereby directs Respondent to file a response addressing Petitioner's request within fifteen (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   June 21, 2011                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE